IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES B. NEELY JR.                                                PLAINTIFF
ADC #110915

v.                      No: 4:18-cv-00134 JLH-PSH

TONYA PARKER, *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Neely's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Neely's motion for summary judgment (Doc. No. 9) is denied as moot.

3. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 30th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE