IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES B. NEELY JR.                                                                                      PLAINTIFF
ADC #110915

v.                                      No: 4:18-cv-00134 JLH-PSH

TONYA PARKER, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 30th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE